## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 134 | DATE | 2/15/2008 |
| CASE TITLE | USA vs. Paul Noel | | |

**DOCKET ENTRY TEXT**

Initial proceeding held on 2/15/2008 as to Paul Noel. Defendant appears in response to the arrest on 2/14/08. Defendant informed of his rights. Enter order appointing Helen J. Kim of the Federal Defender Program as counsel for defendant. Defendant's oral motion to continue detention hearing to 2/19/08 at 1:00 p.m. is granted. Preliminary examination is set for 2/19/08 at 1:00 p.m. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|