# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 134 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Paul Noel | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/15/2008 as to Paul Noel. Government and defendant agree to certain conditions of release. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|