IN THE
NORTHERN DISTRICT OF ILLINOIS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 134 |
| v. | ) | |
| | ) | Honorable Maria Valdez |
| PAUL NOEL | ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

Defendant, PAUL NOEL, by the Federal Defender Program and its attorney, HELEN J. KIM, hereby respectfully requests the court modify the terms of his bond as such modification is unopposed by the government and pre-trial services. In further support of his motion, defendant states as follows:

1. Paul Noel, the defendant, was arrested on February 14, 2008. He appeared before this Court on February 15, 2008, for his initial appearance at which time a criminal complaint was filed, charging him with a violation of Title 18 U.S.C. § 1952(a)(1) and (3), traveling with the intent to distribute proceeds of an unlawful activity.

2. On February 15, 2008, the Court appointed undersigned counsel to represent Mr. Noel, and he was released on the next court date of February 19, 2008, with conditions of release that included a $10,000 unsecured bond. The other conditions included the following, along with other standard conditions of release:

    a. He report to pre-trial services in the Eastern District of California;

    b. he be on Home Detention with Electronic Monitoring;

    c. his travel be restricted to the Northern District of Illinois, Eastern District of California and the Southern District of Utah (the last of which is only with advanced permission from Pre-Trial Services);

    d. he not excessively drink alcohol or take any drug that is not prescribed by a licensed physician.

3. Mr. Noel presently lives in Truckee, California, and he has been compliant with all the terms of his pre-trial release.

4. On February 25, 2008, the government filed a Motion for Extension of Time to indict Mr. Noel, for a period of 61 days.

5. On May 5, 2008, the government sought a second Extension of Time for a period of 30 days, to and including June 14, 2008.

6. We are now seeking two modifications in Mr. Noel's conditions of release. Specifically, Mr. Noel is requesting that the following condition be added to his terms of release:

   a. He shall participate in mental health counseling as directed by pre-trial services;

and the following condition be deleted or withdrawn from his conditions of release:

   b. he shall participate in the home confinement program with electronic monitoring and home detention.

7. These modifications are being requested, in part, due to Mr. Noel's on self-disclosure that he is feeling much mental distress due to the pending case, but he is also suffering from serious medical/psychiatric issues that existed before this case, including Hepatitis C, liver dysfunction, depression, and anxiety — all of which need attention, treatment and care. Additionally, however, Mr. Noel's brother, who is living in Utah, has cancer and was recently in the hospital for surgery and a life-threatening infection.

8. Defendant's pre-trial service officer, Anthony Raya, has no objection to Mr. Noel's request and the Assistant U.S. Attorney, Halley Guren, also stated that she had no objection to the changes noted above.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that this Court grant defendant's motion, and modify his conditions of release to eliminate electronic monitoring with home detention and add mental health counseling at the direction of Pre-Trial Services.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:     s/   Helen J. Kim

FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8344

# CERTIFICATE OF SERVICE

The undersigned, <u>HELEN J. KIM</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>  May 7  </u>, 2008, to counsel/parties that are non-ECF filers, including:

Anthony Raya
United States Pre-Trial Services Officer
219 S. Dearborn Suite 1500
Chicago IL 60604

By:   <u>  s/ Helen J. Kim      </u>

FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8344