IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 134 |
| v. | ) | |
| | ) | Honorable Maria Valdez |
| PAUL NOEL | ) | |

**NOTICE OF MOTION**

**To**:  HALLEY GUREN                                   ANTHONY RAYA
Assistant United States Attorney         Pre-Trial Services Officer
219 South Dearborn, 5th Floor            219 South Dearborn, 15th Floor
Chicago, IL 60604                              Chicago, IL 60604

PLEASE TAKE NOTICE that on **Thursday, May 15th, 2008**, we shall appear before the **Honorable Maria Valdez at 10:00 a.m.** in courtroom 1300 in the Federal Building, Chicago, Illinois, and we shall present the attached motion:

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:   s/ Helen J. Kim

FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8344