## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 134 | **DATE** | 5/5/2008 |
| **CASE TITLE** | USA vs. Paul Noel | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for a second extension of time to return indictment or to file an information [12] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from May 15, 2008 to and including June 14, 2008.
X-T

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|