## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 134 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Paul Noel | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion to modify conditions of bond [14] is granted. Defendant Paul Noel shall no longer be on electronic monitoring with home detention. Defendant shall attend mental health counseling at the direction of pre-trial services. All other conditions of his release shall stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|