UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 134 |
| | ) | |
| PAUL NOEL | ) | Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

To:   Helen Kim, Esq.
       Federal Defender Program
       55 East Monroe St., Ste. 2800
       Chicago, IL 60603

     **PLEASE TAKE NOTICE** that on Tuesday, June 17, 2008 at 10:00 a.m., I will appear before the Magistrate Judge Maria Valdez in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** in the above-captioned case.

                                        Respectfully submitted,

                                        PATRICK FITZGERALD
                                        United States Attorney

                          By:   /s/ Halley B. Guren
                                 HALLEY B. GUREN
                                 Assistant United States Attorney
                                 219 South Dearborn Street - 5000
                                 Chicago, Illinois  60604
                                 (312) 886-4156