# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 134 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Paul Noel | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion to dismiss complaint without prejudice [19] is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|
| U.S. DISTRICT COURT CLERK | | |

FILED-EDL

2008 JUN 18 PM 3: 51